**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| COQUI TECHNOLOGIES, LLC., § <br> § <br> v. § <br> § <br> CASHSTAR INC., *et al.*, § <br> § | Case No. 2:16-cv-1192-RWS <br> LEAD CASE |

**JOINT MOTION TO ENTER PROTECTIVE ORDER**

Pursuant to the May 12, 2017 Scheduling Conference Order (Dkt. No. 22), in the above captioned case, Plaintiff Coqui Technologies, LLC and Defendants CashStar Inc., Gyft, Inc., and Transaction Wireless, Inc. have met and conferred and hereby request that the Court enter the attached proposed Protective Order.

DATED May 5, 2017.

Respectfully submitted,

By: */s/ Timothy T. Wang*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool
Texas Bar No. 24082185
kmccool@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF
COQUI TECHNOLOGIES, LLC**

By: */s/ Cody A. Kachel*
Jeff J. Horn Jr
Texas Bar No. 24027234
horn@ohashiandhorn.com
Cody A. Kachel
Texas Bar No. 24049526
ckachel@ohashiandhorn.com
**OHASHI & HORN LLP**
325 N St Paul Street
Suite 4400
Dallas, TX 75201
Tel: 214-743-4170
Fax: 214-743-4179
**ATTORNEY FOR DEFENDANT CASHSTAR INC.**

By: */s/ Jason F. Choy*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

Gregory H. Lantier
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6327
Fax: (202) 663-6363
Email: gregory.lantier@wilmerhale.com

David C. Marcus
Jason F. Choy (*Pro Hac Vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5312
Fax: (213) 443-5400
Email: david.marcus@wilmerhale.com
Email: jason.choy@wilmerhale.com

        **ATTORNEYS FOR DEFENDANTS GYFT, INC. AND TRANSACTION WIRELESS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        */s/ Timothy T. Wang*
        Timothy T. Wang