**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| COQUI TECHNOLOGIES, LLC., | § | |
| | § | Case No. 2:16-cv-1192-RWS |
| v. | § | LEAD CASE |
| | § | |
| CASHSTAR INC., *et al.*, | § | |
| | § | |

**JOINT NOTICE REGARDING MEDIATOR**

Pursuant to the Docket Control Order (Dkt. No. 32), Plaintiff Coqui

Technologies, LLC, and Defendants CashStar, Inc., Gyft, Inc., and Transaction Wireless,

Inc., (collectively the "Parties") hereby notify the court of the following:

The Parties have been unable to reach an agreement as to a mediator in this case

and respectfully request the Court to appoint a mediator of its choosing.  Furthermore, the

Parties have agreed that the deadline to complete mediation shall be February 28, 2018.

DATED May 15, 2017.

Respectfully submitted,

By: */s/ Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool
Texas Bar No. 24082185
kmccool@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF
COQUI TECHNOLOGIES, LLC**


By: */s/ Cody A. Kachel*
Jeff J. Horn Jr
Texas Bar No. 24027234
horn@ohashiandhorn.com
Cody A. Kachel
Texas Bar No. 24049526
ckachel@ohashiandhorn.com
**OHASHI & HORN LLP**
325 N St Paul Street
Suite 4400
Dallas, TX 75201
Tel: 214-743-4170
Fax: 214-743-4179

**ATTORNEY FOR DEFENDANT
CASHSTAR INC.**

By: */s/ Jason F. Choy*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

Gregory H. Lantier
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6327
Fax: (202) 663-6363
Email:
gregory.lantier@wilmerhale.com

David C. Marcus
Jason F. Choy (*Pro Hac Vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5312
Fax: (213) 443-5400
Email:
david.marcus@wilmerhale.com
Email: jason.choy@wilmerhale.com

**ATTORNEYS FOR
DEFENDANTS GYFT, INC. AND
TRANSACTION WIRELESS,
INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date

/s/ *Stevenson Moore*
Stevenson Moore